# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 523 MAL 2020

Respondent    :

   :   Petition for Allowance of Appeal
   :   from the Order of the Superior Court

v.    :

RAMEL M. MOSLEY,    :

Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.